**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **DOROTHY CREW-HARRIS,** ) | **CASE NO. 1:12cv2435** |
| ) | |
| Plaintiff, ) | **JUDGE DAN AARON POLSTER** |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **REISENFELD & ASSOCIATES, LPA, LLC** ) | |
| ) | |
| ) | |
| Defendant(s). ) | |

The Court has been advised that the above-captioned case has been settled. Accordingly, this case is dismissed with prejudice. Notice by the Clerk of Courts being hereby waived.

The Court retains jurisdiction over the settlement agreement.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　*/s/Dan Aaron Polster 11/30/*12
　　　　　　　　　　　　　　　　　　　　　**Dan Aaron Polster**
　　　　　　　　　　　　　　　　　　　　　**United States District Judge**